MILES STRICKLAND, Appellant, *v.* CHARLES G. HAEGER et al., Respondents.

(Submitted April 12, 1880 ; decided April 20, 1880.)

REPORTED below (16 Hun, 465).

*Whiting & Moore* for appellant.

*McCartin & Williams* for respondents.

Affirmed on opinion of court below.
All concur.
Judgment affirmed.

———————

ELIZABETH G. TALLMAN, as Executrix, etc., et al., Appellants, *v.* PETER VOORHIS et al., as Commissioners, etc., Respondents.

THIS case was argued and decided with *Dederer* v. *Voorhis,* *ante,* p. 153.